IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ROBERT ACKERMAN, Individually and : CIVIL ACTION NO. 10-2118
on behalf of all others similarly :
situated :
 :
     Plaintiffs, :
 :
   v. :
 :
DISCOVER FINANCIAL SERVICES, INC., :
DFS FINANCIAL SERVICES, LLC, :
DISCOVER BANK, MORGAN STANLEY :
 :
     Defendants. :
 :

   This matter having come before the Court by way of a request, made jointly by counsel for the parties to this matter, for a Consent Order setting forth the time in which Plaintiff Robert Ackerman may amend his Complaint and Defendants Discover Financial Services, Inc., DFS Services LLC (improperly identified as DFS Financial Services LLC), Discover Bank and Morgan Stanley (collectively "Defendants") can respond to the Amended Complaint, and it appearing that the Plaintiff and Defendants have stipulated and agreed through their respective counsel to the amendment of the Complaint and the time within which the Defendants may file a responsive pleading to the Amended Complaint; and for good cause shown;

   IT IS on this _22nd_ day of June 2010 **ORDERED** that Plaintiff shall file an amended complaint on or before July 2,

2010; Defendants shall file a response to the Amended Complaint on or before August 2, 2010;

~~IT IS FURTHER ORDERED~~ that a true copy of this Consent Order will be served on counsel for the parties within seven (7) days of its entry. *The Clerks Office is directed to terminate Motions for time to answer and to withdraw. [Docket Entries 13 and 15]*

_____
Honorable Lois H. Goodman, U.S.M.J.

By their signatures on the attached pages, the Counsel identified below consent to the form and substance of this Consent Order and to its immediate entry.

/s/ Martin C. Bryce, Jr.
Martin C. Bryce, Jr., Esq.
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Phone: (215) 665-8500
Fax: (215) 864- 8999

Attorney for Defendants

/s/ David S. Paris
David S. Paris, Esq.
Paris Ackerman & Schmierer LLP
101 Eisenhower Parkway
Roseland NJ 07068

Bruce H. Nagel, Esq.
Jay J. Rice, Esq.
Nagel Rice, LLP
103 Eisenhower Parkway
Suite 201
Roseland, NJ  07068

Attorneys for Plaintiff